IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Dennis Alan Seckman* [1:21-cv-06538-RLY-TAB]

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff informs this Honorable Court and the Parties of the death of Plaintiff Dennis Alan Seckman, which occurred on January 18, 2024.   Plaintiff's claim is not extinguished by his death.

Dated;  October 10, 2024

Respectively submitted,

/s/ *Matthew Lopez*

Matthew R. Lopez
*(Admitted Pro Hac Vice, CA Bar No. 263134)*
RUEB STOLLER DANIEL  LLP
120 Vantis
Suite 430
Aliso Viejo, CA 92656
Tel: (866) 225-5773
Fax: (855) 203-2035
matt.lopez@lawrsd.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Matthew R. Lopez*
Matthew R. Lopez

# EHIBIT A