IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Dennis Alan Seckman*

Civil Case No.:  1:21-cv-06538-RLY-TAB

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, and the Court having considered the Motion, hereby grants the Motion. [Filing No. 26207.]

IT IS THEREFORE ORDERED that David A. Seckman, as the representative of the Estate of Dennis Alan Seckman in this matter, is substituted as Plaintiff in the above referenced action.

Date: 11/8/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.